IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kenneth A. Takacs, et al.,

Plaintiffs,

v.

Hahn Automotive Warehouse, Inc.,

Defendant.

CASE NO. C-3-95-404

## JUDGMENT ENTRY

The Court previously having determined the liability issues in this Fair Labor Standards Act case, it is hereby ADJUDGED and DECREED that the Defendant shall pay as damages to the individual Plaintiffs the amounts listed below.

| | |
|---|---|
| Ernest E. Allen | $23,635.50 |
| David Bradner | $41,616.90 |
| Steven D. Brown | $ 6,350.40 |
| David H. Eley | $ 3,427.92 |
| Andrew Evans | $13,292.64 |
| Mark Flannery | $15,507.36 |
| Janet Flegel | $18,025.20 |
| Lloyd K. Galloway | $22,799.28 |
| Kathy Griffith | $34,800.30 |
| Ursula F. Hooker | $30,866.40 |
| Clifford D. Johnson | $16,663.50 |
| Roger D. Kelly | $58,224.16 |

116

-2-

| | |
|---|---|
| Jerry S. Mathews | $27,862.20 |
| David Michael | $46,735.20 |
| Dennis M. Misik | $28,869.12 |
| Frank T. Muscarella, Jr. | $75,828.00 |
| Anita Lynn Newman | $30,261.30 |
| Arvil Nole, Jr. | $36,858.78 |
| Aaron T. Price | $44,708.16 |
| Kevin Wayne Simmers | $46,267.20 |
| Ken Takacs | $32,922.46 |
| James L. Teague | $ 8,250.00 |
| Michael W. Timmerman | $36,183.84 |
| William R. Underwood | $ 3,392.64 |
| Leo P. Wince | $ 3,276.00 |
| Jonathan Wood | $16,641.60 |

It is further ADJUDGED and DECREED that, pursuant to Section 16(b) of the FLSA, 29 U.S.C. § 216(b), Defendant shall pay Plaintiffs' reasonable attorney's fees and costs, in an amount to be determined after application by Plaintiffs' counsel upon the termination of all proceedings herein and any appeal.

SO ORDERED.

_[signature]_
Walter H. Rice
Chief United States District Judge

10-27-99
Date