IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KENNETH A. TAKACS, et al. | : |
| Plaintiffs, | : |
| v. | : Case No. C-3-95-404 |
| HAHN AUTOMOTIVE CORPORATION dba HAHN AUTOMOTIVE WAREHOUSE, INC., | : |
| | : CHIEF JUDGE WALTER HERBERT RICE |
| Defendant. | : |

## FULL SATISFACTION OF JUDGMENT

The Court finds upon representation of counsel for each of the parties hereto that all of the payment installments under the Judgment filed October 18, 2001, have been made by the Defendant to the respective Plaintiffs and to the Plaintiffs' counsel.

It is therefore ORDERED, ADJUDGED and DECREED that the records reflect that the Judgment is fully satisfied. The parties will maintain the confidentiality of the information pursuant to the Court Order filed October 18, 2001.

SO ORDERED:

_____
WALTER HERBERT RICE, ~~CHIEF~~ JUDGE
UNITED STATES DISTRICT COURT

_____
Julie C. Ford, Esq. (0040896)
John R. Doll, Esq. (0020529)
LOGOTHETIS, PENCE & DOLL
111 West First Street, Suite 1100
Dayton, Ohio 45402-1156
(937) 461-5310
**Attorneys for Plaintiffs**

_____
Gary L. Froelich, Esq. (0010276)
FROELICH & WEPRIN CO., L.P.A.
1812 Kettering Tower
Dayton, Ohio 45423-1812
(937) 226-1776
**Attorney for Defendant**